EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 1 2003

at ____ o'clock and ____ min.___M
WALTER A.Y.H. CHINN, CLERK

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. CR 03 00488 DAE |
| Plaintiff, | ) |
| | ) INDICTMENT |
| vs. | ) |
| | ) [21 U.S.C. §§ 841(a)(1) |
| MICHAEL HUWE,       (01) | ) (b)(1)(A), 843(b) and 846, |
| a.k.a. "Playboy" | ) 18 U.S.C. §§ 2 and 924(c)(1)] |
| SHANE TOM,          (02) | ) |
| KEITH KALAWAIA,     (03) | ) |
| a.k.a. "Bulla" | ) |
| LATIN SILVA,        (04) | ) |
| KEOLA ANTOQUE, and  (05) | ) |
| KALEOALOHA KUALAAU  (06) | ) |
| | ) |
| Defendants. | ) |
| | ) |

### INDICTMENT

### COUNT 1:

The Grand Jury charges that:

SEALED
BY ORDER OF THE COURT

From on or about May 1, 2003, to and including August 31, 2003, in the District of Hawaii, and elsewhere,

**MICHAEL HUWE, a.k.a. "Playboy"**
**SHANE TOM,**
**KEITH KALAWAIA, a.k.a. "Bulla"**
**LATIN SILVA, and,**

defendants herein, did willfully and unlawfully conspire together with each other and others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute, in excess of fifty (50) grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was the object of the aforesaid conspiracy to possess methamphetamine for distribution in Hawaii.

WAYS AND MEANS OF ACCOMPLISHING THE CONSPIRACY

1.   SHANE TOM, and others, arranged for quantities of methamphetamine to be purchased from MICHAEL HUWE in Las Vegas, Nevada.

2.   In order to purchase the methamphetamine, SHANE TOM, combined the monetary funds for the purchase from various sources, to include, monetary funds from KEOLA ANTOQUE.

3.   SHANE TOM, KEITH KALAWAIA, a.k.a. "Bulla", LATIN SILVA traveled from Hawaii to Las Vegas, Nevada to purchase methamphetamine.

2

4.    The methamphetamine that was purchased from MICHAEL HUWE was to be brought back to Hawaii for distribution by SHANE TOM, KEITH KALAWAIA, a.k.a. "Bulla", LATIN SILVA, KEOLA ANTOQUE, and others.

5.    The co-conspirators used cellular telephones to arrange for the purchase of the methamphetamine.

OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1.    On or about July 11, 2003, SHANE TOM, from Hawaii, telephoned MICHAEL HUWE in Las Vegas, Nevada, and discussed the purchase of methamphetamine.

2.    On or about July 19, 2003, MICHAEL HUWE telephoned SHANE TOM and left a message on his phone to contact him regarding the arrangements for SHANE TOM'S purchase of methamphetamine from MICHAEL HUWE.

3.    On or about July 30, 2003, SHANE TOM, KEITH KALAWAIA, and LATIN SILVA boarded an airlines flight from Hawaii to Las Vegas, Nevada to purchase methamphetamine from MICHAEL HUWE.

4.    On or about July 31, 2003, LATIN SILVA telephoned KEOLA ANTOQUE requesting that KEOLA ANTOQUE send the money for the purchase of methamphetamine to Las Vegas, Nevada.

5.    On or about August 1, 2003, SHANE TOM confirmed on the telephone with KEOLA ANTOQUE that SHANE TOM received the money from KEOLA ANTOQUE and that SHANE TOM was negotiating the purchase of the methamphetamine with his supplier.

6.    On or about August 1, 2003, MICHAEL HUWE, SHANE TOM, and KEITH KALAWAIA were in possession of approximately one-and-one-half pounds of methamphetamine.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT 2</u>:

The Grand Jury further charges that:

From on or about May 1, 2003, to and including August 31, 2003, in the District of Hawaii, and elsewhere,

**MICHAEL HUWE, a.k.a. "Playboy"**
**SHANE TOM,**
**KEITH KALAWAIA, a.k.a. "Bulla"**
**LATIN SILVA, and**
**KEOLA ANTOQUE,**

did knowingly and intentionally possess, or attempt to possess, with intent to distribute, in excess of 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21,

4

United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18 United States Code, Section 2.

## COUNT 3:

The Grand Jury further charges that:

From on or about May 1, 2003, to and including August 31, 2003, within the District of Nevada, and elsewhere, **MICHAEL HUWE**, a.k.a. Playboy, did knowingly and intentionally carry a firearm, to wit: a "Hi-Point" brand 9mm caliber, semi-automatic handgun, serial number P040722, during and in relation to a drug trafficking conspiracy to distribute in excess of fifty (50) grams of methamphetamine in Hawaii for which he may be prosecuted in a court of the United States, to wit, the offense described in Count 1 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT 4:

The Grand Jury further charges that:

On or about August 1, 2003, within the District of Nevada, **MICHAEL HUWE**, a.k.a. Playboy, did knowingly and intentionally carry a firearm, to wit: a "Hi-Point" brand 9mm caliber, semi-automatic handgun, serial number P040722, during and in relation to a drug trafficking crime of possession with intent to distribute in excess of fifty (50) grams of methamphetamine for which he may be prosecuted in a court of the United States, to wit, the offense described in Count 2 of this

5

indictment, in violation of Title 18, United States Code, Section 924(c)(1).

COUNT 5:

The Grand Jury further charges that:

On or about July 11, 2003, within the District of Hawaii, **MICHAEL HUWE**, a.k.a. Playboy, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 6:

The Grand Jury further charges that:

On or about July 11, 2003, within the District of Hawaii, **SHANE TOM**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

6

COUNT 7:

The Grand Jury further charges that:

On or about July 18, 2003, within the District of Hawaii, **KALEOALOHA KUALAAU**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 8:

The Grand Jury further charges that:

On or about July 31, 2003, within the District of Hawaii, **LATIN SILVA**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to distribute methamphetamine, a Schedule II controlled substance, a faelony under Titles 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 9:

The Grand Jury further charges that:

On or about August 1, 2003, within the District of Hawaii, **KEOLA ANTOQUE**, used and caused to be used a

communications facility, that is a telephone, in causing or
facilitating the commission of a conspiracy to distribute
methamphetamine, a Schedule II controlled substance, a faelony
under Titles 21, United States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

DATED: *October 01*, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney


U.S. v. Michael Huwe, et al.
"Indictment"
Cr. No.