AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

KEITH KALAWAIA aka Bulla
91-110 Kapaahulani Street
Ewa Beach, Hi
(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: Cr 03-00488 DAE - 03

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2007

at 10 o'clock and 00 min A M
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST KEITH KALAWAIA aka Bulla and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Count 1: Conspiracy to possess with intent to distribute methamphetamine
Count 2: Knowingly and intentionally possess with intent to distribute methamphetamine

SEALED
BY ORDER OF THE COURT

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1), 841(b)(A); Title 18 United States Code, Section 2

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | 10/1/03 at Honolulu, Hawaii |
|  | Date and Location |

Bail Fixed at no bail          By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER
Special Agent
Rachel A Byrd | SIGNATURE OF ARRESTING OFFICER
Rachel A Byrd |
| Date of Arrest  OCT 17 2003 | | |